IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SUMOTEXT CORPORATION                                                    PLAINTIFF

v.                                            No. 4:14cv301 JM

SYNIVERSE TECHNOLOGIES, LLC                                            DEFENDANT

ORDER

Pending before the Court is the parties' joint motion to dismiss (Docket No. 32). That

motion is granted. All of Plaintiff's claims against Defendant are dismissed with prejudice. All

of Defendant's claims against Plaintiff are dismissed with prejudice. Each party shall bear its

own fees and costs. Defendant's claims against Sean Downey are dismissed without prejudice to

its rights to bring the claims again in compliance with the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 14th day of November, 2014.

_____
James M. Moody Jr.
United States District Judge